| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Trenga, Anthony J. | 2. Court or Organization<br><br>U.S. District Court, ED VA | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br>Alexandria, VA 22314 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Miller & Chevalier Retirement Plan, no control |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 12 A 9: 49 DISCLOSURE OFFICE

Trenga, Anthony J.

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Potomac Sailmakers, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | VA CLE | January 2-5, 2009 | Charlottesville, VA | UVA Nat'l Trial Advocacy Col. | Transportation, Food, Hotel |
| 2. | VADA | March 13-14, 2009 | Richmond, VA | CLE/Mock Trial Seminar | Food, Hotel |
| 3. | NYIPLA | March 27-28, 2009 | New York, NY | CLE Program & Banquet | Transportation, Food, Hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. -money market account (Robert W. Baird & Company) | D | Interest | | | Distributed | 07/02/09 | | | |
| 3. -MMM common stock | B | Dividend | | | Distributed | 07/02/09 | K | | |
| 4. -BRKZB common stock | | None | | | Distributed | 07/02/09 | L | | |
| 5. -CPB common stock | B | Dividend | | | Distributed | 07/02/09 | L | | |
| 6. -KO | B | Dividend | | | Distributed | 07/02/09 | L | | |
| 7. -DEO stock (ADRs) | B | Dividend | | | Sold | 03/20/09 | K | | |
| 8. -D common stock | B | Dividend | | | Sold (part) | 03/20/09 | K | | |
| 9. | | | | | Distributed | 07/02/09 | K | | |
| 10. -GAIN comon stock | B | Dividend | | | Sold | 03/02/09 | J | | |
| 11. -GE common stock | B | Dividend | | | Distributed | 07/02/09 | K | | |
| 12. -JNJ common stock | B | Dividend | | | Distributed | 07/02/09 | K | | |
| 13. -MCD common stock | B | Dividend | | | Distributed | 07/02/09 | K | | |
| 14. -MSFT commonm stock | B | Dividend | | | Distributed | 07/02/09 | L | | |
| 15. -ORCL common stock | | None | | | Sold | 03/20/09 | J | | |
| 16. -PFE common stock | C | Dividend | | | Sold | 03/20/09 | K | | |
| 17. -PBI common stock | B | Dividend | | | Distributed | 07/02/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -UL stock (ADRs) | B | Dividend | | | Sold | 03/20/09 | K | | |
| 19.   -VLO common stock | A | Dividend | | | Sold | 03/20/09 | J | D | |
| 20.   -WM common stock (erroneously listed in 2008 line 44 as WMI) | B | Dividend | | | Distributed | 07/02/09 | J | | |
| 21.   -WRI common stock | A | Dividend | | | Sold | 03/17/09 | J | | |
| 22.   -WTM common stock | A | Dividend | | | Sold | 03/20/09 | J | | |
| 23.   -WYE common stock | B | Dividend | | | Sold | 01/26/09 | K | | |
| 24.   ▨▨▨ tax exempt Bd (Fairfax, VA) | C | Interest | | | Distributed | 07/02/09 | K | | |
| 25.   ▨▨▨ tax exempt Bd. (Hampton, VA) | A | Interest | | | Distributed | 07/02/09 | J | | |
| 26.   ▨▨▨ tax exempt Bd. (Henrico, VA) | A | Interest | | | Distributed | 07/02/09 | J | | |
| 27.   ▨▨▨ tax exempt Bd. (Va. St.) | A | Interest | | | Distributed | 07/02/09 | K | | |
| 28.   ▨▨▨ tax exempt Bd. (Va. St.) | A | Interest | | | Distributed | 07/02/09 | J | | |
| 29.   -SGENX mutual fund | | None | | | Distributed | 07/02/09 | K | | |
| 30.   -RIG common stock | A | Dividend | | | Sold | 03/20/09 | L | D | |
| 31. | | | | | Sold | 03/26/09 | K | D | |
| 32.   ▨▨▨ Morgan Stanley Taxable Bond | B | Dividend | | | Redeemed | 03/26/09 | M | | |
| 33.   ▨▨▨ Tax Exempt Bond (Norfolk, VA) | B | Dividend | | | Distributed | 07/02/09 | K | | |
| 34.   -XLU common stock | B | Dividend | | | Buy | 02/19/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 03/20/09 | J | | |
| 36.  -TIP common stock | B | Dividend | | | Distributed | 07/02/09 | K | | |
| 37.  ▨▨▨ Tax Exempt Bond (Va. St) | A | Dividend | | | Distributed | 07/02/09 | K | | |
| 38.  -CVS common stock | A | Dividend | | | Distributed | 07/02/09 | L | | |
| 39. | | | | | Buy | 01/19/09 | K | | |
| 40.  -IBM common stock | A | Dividend | | | Distributed | 07/02/09 | K | | |
| 41.  -HRS common stock | A | Dividend | | | Sold | 03/20/09 | K | | |
| 42.  -ECA common stock | B | Dividend | | | Distributed | 07/02/09 | K | | |
| 43.  -XLF common stock | B | Dividend | | | Sold | 03/20/09 | K | | |
| 44.  -XOM common stock | A | Dividend | | | Distributed | 07/02/09 | K | | |
| 45.  -PGN | B | Dividend | | | Sold | 02/19/09 | K | | |
| 46.  -GLD | | None | | | Sold | 02/19/09 | K | D | |
| 47. | | | | | Buy | 04/02/09 | K | | |
| 48. | | | | | Distributed | 07/02/09 | K | | |
| 49.  -BMY | A | Dividend | | | Buy | 06/02/09 | K | | |
| 50. | | | | | Distributed | 07/02/09 | K | | |
| 51.  -CVS | A | Dividend | | | Buy | 01/19/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Distributed | 07/02/09 | K | | |
| 53. -HNZ | A | Dividend | | | Buy | 01/14/09 | K | | |
| 54. | | | | | Distributed | 07/02/09 | K | | |
| 55. -PG | C | Dividend | | | Buy | 01/14/09 | K | | |
| 56. | | | | | Buy | 01/30/09 | K | | |
| 57. | | | | | Distributed | 07/02/09 | K | | |
| 58. -SDS | | None | | | Buy | 03/03/09 | K | | |
| 59. | | None | | | Buy | 03/04/09 | K | | |
| 60. | | | | | Distributed | 07/02/09 | L | | |
| 61. [____] Tax Exempt (Fairfax, VA) | A | Interest | | | Buy | 01/23/09 | J | | |
| 62. | A | Interest | | | Distributed | 07/02/09 | J | | |
| 63. [____] Tax Exempt (NYC, NY) | A | Interest | | | Buy | 01/08/09 | K | | |
| 64. | | | | | Distributed | 07/02/09 | K | | |
| 65. [____] Taxable Bond Texas Cap Bank | B | Interest | | | Buy | 04/15/09 | K | | |
| 66. | | | | | Redeemed | 05/22/09 | K | | |
| 67. -UDN | | None | | | Buy | 01/07/09 | K | | |
| 68. | | | | | Sold | 05/28/09 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brokerage Account #2 (IRA) | | | | | | | | | |
| 70. -Vanguard Prime Money Market Fund (VMMXX) | A | Interest | J | T | | | | | |
| 71. -CDR common stock | A | Dividend | | | Sold | 03/16/09 | J | | |
| 72. -COD I stock | B | Dividend | K | T | | | | | |
| 73. -DRH common stock | B | Dividend | | | Sold | 03/17/09 | J | | |
| 74. -GLAD common stock | A | Dividend | J | T | | | | | |
| 75. -GOOD common stock | B | Dividend | | | Sold | 09/17/09 | J | | |
| 76. -ARE.C preferred stock | B | Dividend | J | T | | | | | |
| 77. -ABW.A preferred stock | B | Dividend | J | T | | | | | |
| 78. -CBL.C preferred stock | A | Dividend | J | T | | | | | |
| 79. -CDR.A preferred stock | B | Dividend | | | Sold | 09/29/09 | K | | |
| 80. -C.O preferred stock | B | Dividend | | | Sold | 05/08/09 | K | | |
| 81. -OFG.G preferred stock | A | Dividend | J | T | | | | | |
| 82. -DDR.G preferred stock | A | Dividend | K | T | | | | | |
| 83. -GOODO preferred stock | B | Dividend | J | T | | | | | |
| 84. -NNN.C preferred stock | B | Dividend | | | Sold | 09/29/09 | K | | |
| 85. -PRE.C preferred stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -BFS.A preferred stock | A | Dividend | | | Sold | 04/16/09 | J | | |
| 87. -American Gen. taxable bond | B | Interest | K | T | | | | | |
| 88. -Barclays Bank taxable bond | | None | | | Sold | 12/09/09 | K | C | |
| 89. -Barcly Perform taxable bond | | None | K | T | | | | | |
| 90. -Constltn Brds taxable bond | B | Interest | K | T | | | | | |
| 91. -Credit Suisse taxable bond | | None | | | Sold | 07/17/09 | K | B | |
| 92. -Dayton Hudson taxable bond | B | Interest | K | T | | | | | |
| 93. -Donnelley R taxable bond | A | Interest | | | Sold | 02/25/09 | J | | |
| 94. -Elec Data Stp taxable bond | B | Interest | K | T | | | | | |
| 95. -Fortune Nt taxable bond | B | Interest | | | Sold | 04/15/09 | K | | |
| 96. -Fund American Co taxable bond | B | Interest | K | T | | | | | |
| 97. -GE Global Insu taxable | A | Interest | J | T | | | | | |
| 98. -Genwrth Fnl taxable bond | B | Interest | K | T | | | | | |
| 99. -GTE Nthwest taxable bond | B | Interest | K | T | | | | | |
| 100. -Markel Corp taxable bond | B | Interest | K | T | | | | | |
| 101. -Morgan Comdts taxable bond | | None | K | T | | | | | |
| 102. -Morgan Stanley taxable bond | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Nabisco Inc taxable bond | B | Interest | K | T | | | | | |
| 104. -Nextel Commu taxable bond | B | Interest | K | T | | | | | |
| 105. -Premcor Refng taxable bond | B | Interest | K | T | | | | | |
| 106. -Royal Amern Bk taxable bond | B | Interest | | | Redeemed | 03/02/09 | K | | |
| 107. -SLM Corp Var taxable bond | | None | K | T | | | | | |
| 108. -Toyota Mtr Var taxable bond | | None | K | T | | | | | |
| 109. -Verizon Vir taxable bond | A | Interest | K | T | | | | | |
| 110. -Xerox Corp taxable bond | B | Interest | K | T | | | | | |
| 111. -FNMA Note STP | A | Interest | K | T | Buy | 10/23/09 | K | | |
| 112. -Amer Express | B | Interest | K | T | Buy | 10/09/09 | K | | |
| 113. -Altria Group | B | Interest | K | T | Buy | 09/30/09 | K | | |
| 114. -Hasbro Inc. | B | Interest | K | T | Buy | 09/08/09 | K | | |
| 115. -Aetna Inc. | B | Interest | K | T | Buy | 07/20/09 | K | | |
| 116. -Yum Brands | A | Interest | J | T | Buy | 06/26/09 | K | | |
| 117. -Dominion Res | B | Interest | K | T | Buy | 05/11/09 | K | | |
| 118. -Allied Waste | B | Interest | K | T | Buy | 05/08/09 | K | | |
| 119. -Waste Mgmt | B | Interest | K | T | Buy | 04/17/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Wells Fargo | | None | K | T | Buy | 04/14/09 | K | | |
| 121. -Waste Mgmt | A | Interest | K | T | Buy | 02/25/09 | K | | |
| 122. -ConocoPhilps | B | Interest | K | T | Buy | 02/04/09 | K | | |
| 123. TJXCOS, Inc. | A | Interest | | | Redeemed | 12/15/09 | J | | |
| 124. Home Depot Taxable Bond | A | Interest | | | Redeemed | 09/15/09 | J | | |
| 125. -TLT | | | | | Buy | 05/25/09 | J | | |
| 126. | A | Interest | | | Sold | 10/01/09 | J | A | |
| 127. Safeway, I c. Note | A | Interest | K | T | | | | | |
| 128. Johnson Controls, Inc. Note | B | Interest | K | T | | | | | |
| 129. CVS, Corp. Note | A | Interest | K | T | | | | | |
| 130. Midamerican Energy Note | B | Interest | K | T | | | | | |
| 131. Consolidated Natural Gas Note | A | Interest | J | T | | | | | |
| 132. Deere John Capital Corp. Note | B | Interest | K | T | | | | | |
| 133. Brokerage Account #3 (IRA) | | | | | | | | | |
| 134. -Money Market (Robert W. Baird & Co.) | A | Interest | J | T | | | | | |
| 135. -BGR stock | A | Dividend | J | T | | | | | |
| 136. -BALCX mutual fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -WSHCX mutual fund | A | Dividend | J | T | | | | | |
| 138. -Cptl Wrld Grwth & Incm C CWGCX | A | Dividend | J | T | Buy | 04/01/09 | J | | |
| 139. -First Eagle Global C FESGX | A | Dividend | J | T | Buy | 04/01/09 | J | | |
| 140. -Pimco Total Return C PTTCX | A | Dividend | J | T | Buy | 04/01/09 | J | | |
| 141. -GLD | | None | | | Sold | 02/19/09 | J | A | |
| 142. Brokerage Account #4 | | | | | | | | | |
| 143. -Money Market (Robert W. Baird & Company) | A | Interest | J | T | | | | | |
| 144. -WSHCX | A | Dividend | J | T | Sold (part) | 01/24/09 | J | | |
| 145. -ISHS Brclys 20+ Treas TLT | A | Interest | K | T | Buy | 12/31/09 | K | | |
| 146. -Wells Fargo BK | | None | K | T | Buy | 12/30/09 | K | | |
| 147. -Kraft Foods (KFT) | B | Dividend | K | T | Buy | 12/08/09 | K | | |
| 148. -Philip Morris Intl (PM) | B | Dividend | K | T | Buy | 11/12/09 | K | | |
| 149. -WGL Holdings (WGL) | B | Dividend | K | T | Buy | 10/21/09 | K | | |
| 150. -Alliant Energy (LNT) | B | Dividend | K | T | Buy | 10/20/09 | K | | |
| 151. -BCE Inc (BCE) | B | Dividend | K | T | Buy | 10/13/09 | K | | |
| 152. -Central Fund of Canada (CEF) | A | Dividend | K | T | Buy | 09/28/09 | K | | |
| 153. -Suntrust Bank | | None | K | T | Buy | 09/11/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Pitney Bowes Inc (PBI) | | | | | Spinoff (from line 17) | 07/02/09 | K | | |
| 155. | B | Dividend | K | T | Buy | 09/10/09 | K | | |
| 156. -SAIC Inc (SAI) | | None | K | T | Buy | 08/20/09 | K | | |
| 157. -Unithed Health Group Inc. (UNH) | A | Dividend | K | T | Buy | 08/04/09 | K | | |
| 158. -Cptl Wrld Grwth & Inc (CWGCX) | A | Dividend | J | T | Buy | 06/22/09 | K | | |
| 159. -First Eagle Global C (FESGX) | A | Dividend | J | T | Buy | 06/22/09 | K | | |
| 160. -Pimco Total Return C (PTTCX) | B | Dividend | J | T | Buy | 06/22/09 | K | | |
| 161. -AT&T (T) | B | Dividend | K | T | Buy | 06/04/09 | K | | |
| 162. -Walmart (WMT) | A | Dividend | J | T | Buy | 05/22/09 | K | | |
| 163. ▒▒▒▒▒ Fairfax VA Tax Exempt Bond) | A | Interest | J | T | Buy | 01/23/09 | K | | |
| 164. ▒▒▒▒ (NYC NY Tax Exempt Bond) | B | Interest | K | T | Buy | 01/8/09 | K | | |
| 165. -MMM common stock | B | Dividend | | | Spinoff (from line 3) | 07/02/09 | K | | |
| 166. | | | | | Sold | 08/05/09 | J | | |
| 167. | | | | | Sold | 08/05/09 | K | B | |
| 168. -BRKZB common stock | | None | K | T | Spinoff (from line 4) | 07/02/09 | L | | |
| 169. | | | | | Sold (part) | 05/06/09 | J | B | |
| 170. -CPB common stock | B | Dividend | | | Spinoff (from line 5) | 07/02/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 12/02/09 | L | | |
| 172. -KO | B | Dividend | K | T | Spinoff (from line 6) | 07/02/09 | L | | |
| 173. | | | | | Sold (part) | 12/14/09 | J | | |
| 174. -GE common stock | B | Dividend | K | T | Spinoff (from line 11) | 07/02/09 | K | | |
| 175. -JNJ common stock | B | Dividend | K | T | Spinoff (from line 12) | 07/02/09 | K | | |
| 176. -MCD common stock | B | Dividend | K | T | Spinoff (from line 13) | 07/02/09 | K | | |
| 177. -MSFT common stock | B | Dividend | K | T | Spinoff (from line 14) | 07/02/09 | L | | |
| 178. | | | | | Sold (part) | 01/12/09 | K | B | |
| 179. -PG common stock | B | Dividend | K | T | Spinoff (from line 57) | 07/02/09 | K | | |
| 180. [____] tax exempt Bd. (Fairfax, VA) | C | Interest | | | Spinoff (from line 24) | 07/02/09 | J | | |
| 181. | | | | | Redeemed | 10/01/09 | K | | |
| 182. [____] tax exempt Bd. (Hampton, VA) | A | Interest | J | T | Spinoff (from line 25) | 07/02/09 | J | | |
| 183. [____] tax exempt Bd. (Henrico, VA) | A | Interest | | | Spinoff (from line 26) | 07/02/09 | J | | |
| 184. | | | | | Redeemed | 10/19/09 | J | | |
| 185. [____] tax exempt Bd. (Va. St.) | A | Interest | | | Spinoff (from line 27) | 07/02/09 | K | | |
| 186. | | | | | Redeemed | 09/01/09 | J | | |
| 187. [____] tax exempt Bd. (Va. St.) | A | Interest | | | Spinoff (from line 28) | 07/02/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Redeemed | 09/01/09 | J | | |
| 189. -SGENX mutual fund | A | Dividend | K | T | Spinoff (from line 29) | 07/02/09 | K | | |
| 190. ⬚ Tax Exempt Bond (Norfolk, VA) | B | Interest | K | T | Spinoff (from line 33) | 07/02/09 | K | | |
| 191. -TIP bond fund | B | Dividend | L | T | Spinoff (from line 36) | 07/02/09 | K | | |
| 192. -CVS common stock | A | Dividend | L | T | Spinoff (from line 38) | 07/02/09 | L | | |
| 193. -IBM common stock | A | Dividend | | | Spinoff (from line 40) | 07/02/09 | K | | |
| 194. | | | | | Sold | 07/16/09 | K | D | |
| 195. -ECA common stock | B | Dividend | K | T | Spinoff (from line 42) | 07/02/09 | K | | |
| 196. | | | | | Sold (part) | 10/19/09 | J | | |
| 197. -XOM common stock | A | Dividend | K | T | Spinoff (from line 44) | 07/02/09 | K | | |
| 198. -WM | A | Dividend | | | Spinoff (from line 20) | 07/02/09 | K | | |
| 199. | | | | | Sold | 07/30/09 | K | | |
| 200. ⬚ -CC-6 | | | | | Buy | 08/11/09 | L | | |
| 201. | | | | | Redeemed | 10/14/09 | L | | |
| 202. -APA | | | | | Buy | 07/07/09 | K | | |
| 203. | | | | | Sold | 07/21/09 | K | C | |
| 204. | A | Dividend | | | Sold | 08/03/09 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -BMY | | | | | Buy | 06/12/09 | K | | |
| 206. | A | Dividend | | | Sold | 11/30/09 | K | D | |
| 207. -HNZ | | | | | Spinoff (from line 54) | 07/02/09 | K | | |
| 208. | A | Dividend | | | Sold | 09/09/09 | K | D | |
| 209. -DBC | | None | | | Sold | 10/27/09 | K | C | |
| 210. -PVI | | | | | Buy | 12/04/09 | K | | |
| 211. | | None | | | Sold | 12/31/09 | K | | |
| 212. -SDS | | | | | Spinoff (from line 60) | 07/02/09 | K | | |
| 213. | | | | | Buy | 03/04/09 | K | | |
| 214. | | None | | | Sold | 11/05/09 | K | | |
| 215. -GLD | | | | | Spinoff (from line 48) | 07/02/09 | K | | |
| 216. | | None | | | Sold | 09/09/09 | K | B | |
| 217. ▢ 6 (Tax Exempt Bond Va. St.) In Acctl a: ▢ | A | Interest | J | T | Spinoff (from line 37) | 07/02/09 | | | |
| 218. -First Eagle ▢ | A | Dividend | K | T | | | | | |
| 219. -CVE (Cenovous Energy) | A | Dividend | K | T | Buy | 07/10/09 | K | | |
| 220. -D common stock | B | Dividend | K | T | Spinoff (from line 8) | 07/02/09 | | | |
| 221. Brokerage Account #5 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Money market acct. (Ferris, Baker, Watts) | A | Interest | | | Closed | 07/01/09 | J | | |
| 223. ING Pension IRA | | | | | | | | | |
| 224. -Oppenheimer Global Port. - I | A | Dividend | J | T | | | | | |
| 225. UBS Account #1 | | | | | | | | | |
| 226. -GE common stock | A | Dividend | J | T | | | | | |
| 227. -Money market acct. (UBS) | A | Dividend | J | T | | | | | |
| 228. -Pace Large Co. Value Equity Investment Fund Class A | A | Dividend | J | T | | | | | |
| 229. UBS Account #2 | | | | | | | | | |
| 230. -Money market acct. (UBS) | A | Dividend | J | T | | | | | |
| 231. -Am. Funds Cap Income Building Fund CL A Mutual Fund | | None | J | T | | | | | |
| 232. -Putnam New Opportunity Fund CL A Mutual Fund | A | Dividend | J | T | | | | | |
| 233. -Pace Large Co. Value Equity Investment Fund CL A | A | Dividend | J | T | | | | | |
| 234. -Eastgrowth TSY STRPD CPN | A | Dividend | J | T | | | | | |
| 235. -Treasury Investment Growth | A | Dividend | J | T | | | | | |
| 236. UBS Account #3 (SEP) | A | Interest | J | T | | | | | |
| 237. -Pace Int'l Equity Investment Fund CL A | A | Interest | J | T | | | | | |
| 238. Brokerage Account #6 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Legg Mason Opportunity Trust Primary Class Mut Fund (LMOPX) | A | Dividend | J | T | | | | | |
| 240. -Morgan Stanley US Gov't Sec TR B Mutual Fund (USGBX) | A | Dividend | J | T | | | | | |
| 241. -Janus Fund (JANSX) | A | Dividend | J | T | | | | | |
| 242. -IBM common stock | A | Dividend | J | T | | | | | |
| 243. -Dominion Resources Inc. common stock | B | Dividend | K | T | | | | | |
| 244. -American Century Growth Mutual Fund (TWXCGX) | A | Dividend | J | T | | | | | |
| 245. -Navy Federal Credit Union (IRA #1) (CD) | A | Dividend | J | T | | | | | |
| 246. -Navy Federal Credit Union (IRA #2) (CD) | A | Dividend | J | T | | | | | |
| 247. -Navy Federal Credit Union CD | B | Interest | K | T | | | | | |
| 248. -Navy Federal Credit Union Accounts | B | Interest | K | T | | | | | |
| 249. -Burke and Herbert Bank Account | A | Interest | J | T | | | | | |
| 250. -Wachovia Bank Accounts | B | Interest | K | T | | | | | |
| 251. Brokerage Account #7 (401-K) | | | | | | | | | |
| 252. -AGTHX Mutual Fund | C | Dividend | M | T | | | | | |
| 253. -ANCFX Mutual Fund | C | Dividend | M | T | | | | | |
| 254. -AMECX Mutual Fund | C | Dividend | L | T | | | | | |
| 255. -JAVLX Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -AHITX Mutual Fund | A | Dividend | J | T | Sold (part) | 07/15/09 | K | | |
| 257. -EMIXX Money Market | A | Dividend | J | T | | | | | |
| 258. -Northwestern Mutual Joint Complife Insurance Policy | E | Dividend | M | T | | | | | |
| 259. -New York Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 260. -Reliastar Life SEC DES II (▒▒▒▒▒) Nationwide | A | Dividend | J | T | | | | | |
| 261. -SFT Holdings LLC Stock | | None | J | U | | | | | |
| 262. -USAA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 263. -Robert W. Baird & Co. checking and cash management accounts | B | Interest | M | T | | | | | |
| 264. -DRYFUSS money market accounts GGM ▒▒▒▒▒ & GMA ▒▒▒▒▒ | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS and TRUSTS

Re: Account No. 1:

Column D-1, marked "distributed" on lines 2-6, 9, 11-14, 17, 20, 24-29, 33, 36-38, 40, 44, 48, 50, 52, 54, 57, 60, 62, 64 applies to assets that were transferred to Account No. 4 on July 2, 2008.

Re: Account No. 4:

Column D-1, marked as "spinoff" on lines 154, 165, 168, 170, 172, 174-177, 179-180, 182-183, 185, 187, 189-193, 195, 197-198, 207, 212, 215, 217, 220 applies to assets that were transferred into Account No. 4 from Account No. 1 on July 2, 2008.



| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WII                                    L
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# United States District Court

EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5799

CHAMBERS OF
ANTHONY J. TRENGA
UNITED STATES DISTRICT JUDGE

TELEPHONE (703) 299-2113

May 10, 2010

SELF INITIATED AMENDMENT

2010 MAY 12 A 9: 49
DISCLOSURE OFFICE
FINANCIAL
RECEIVED

Honorable Bobby R. Baldock
Chair
Judicial Conference of the United States
  Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re:    Calendar Year 2008 Filing Amendment

Dear Judge Baldock:

I am providing this letter as an amendment to my previously filed Amended Financial Disclosure Report for Calendar Year 2008 (the "2008 Amended Report"). During the course of preparing my 2009 Financial Disclosure Report, I discovered the following omissions from my previously filed 2008 Amended Report.

1.    As to Account No. 1:

(1)    GLD, listed on line 34, was purchased (D-1) on June 5, 2008 (D-2); D-3 was K. It was also purchased (D-1) on October 22, 2008 (D-2) and the value (D-3) was K. It was held as of 12/31/2008. B-2 was none; C-1 was K; C-2 was T.

(2)    CTAS was incorrectly listed on line 13 as held as of 12/31/2008. CTAS was sold (D-1) on August 12, 2008 (D-2). The value of the transaction (D-3) was K. There was no gain. B-1 was A; B-2 was dividend.

2.    As to Account No. 2:

(1)    TJX COS, Inc. Bond (87254Q-AH-2) was purchased (D-1) on October 28, 2008 (D-2). The purchase amount (D-3) was K and it was held with that value as of 12/31/2008. B-1 was A; B-2 was interest; C-1 was K; and C-2 was T.

(2)    A Home Depot Senior Note (437076-AC-6) was purchased (D-1) on December 8, 2008 (D-2). D-3 is J. It was held as of

12/31/2008. B-1 is A; B-2 is interest. C-1 is J; C-2 is T.

(3)     Safeway Note (786514BL2) was purchased (D-1) on December 11, 2008 (D-2); D-3 is K. It was held as of 12/31/2008. B-1 is A; B-2 is interest. C-1 is K; C-2 is T.

(4)     Johnson Controls Senior Note (478366AQ0) was purchased (D-1) on August 11, 2008 (D-2). D-3 is K. It was held as of 12/31/2008. B-1 is B; B-2 is interest. C-1 is K. C-2 is T.

(5)     CVS Senior Note (126650BD1) was purchased (D-1) on October 27, 2008 (D-2). D-3 is K. It was held as of 12/31/2008. B-1 is A. B-2 is interest. C-1 is K. C-2 is T.

(6)     MidAmerican Energy Holdings Senior Note (59562VAK3) was purchased (D-1) on July 23, 2008 (D-2). D-3 is K. It was held as of 12/31/2008. B-1 is A. B-2 is interest. C-1 is K. C-2 is T.

(7)     Consolidated Natural Gas Senior Note (209615CA9) was purchased (D-1) on October 15, 2008 (D-2). D-3 is K. It was held as of 12/31/2008. B-1 is A. B-2 is interest. C-1 is K. C-2 is T.

(8)     Deere John Capital Note (24422EQV4) was purchased (D-1) on September 4, 2008 (D-2). D-3 is K. It was held as of 12/31/2008. B-1 is B. B-2 is interest. C-1 is K. C-2 is T.

3.     As to Account No. 3, GLD was purchased (D-1) on June 15, 2008 (D-2). D-3 is J. It was held as of 12/31/2008. B-2 is none; C-1 is J ; and C-2 is T.

4.     As to Account No. 4:

(1)     CEV (Cenovous Energy) was purchased (D-1) on August 7, 2008 (D-2). D-2 is K and it was held on 12/31/2008. B-1 is A. B-2 is dividend. C-1 is K and on C-2 is T.

(2)     92817QRV6 (Va. St. Rec. Authority) was purchased (D-1) on August 27, 2008 (D-2). D-3 is J, and it was held at year end. B-1 is A; B-2 is interest; C-1 is J; and C-2 is T.

(3)     32008F507 (First Eagle) was purchased (D-1) on February 4, 2005 (D-2). D-3 is K and was held on 12/31/08. B-1 is A; B-2 is dividend; C-1 is K; and C-2 is T.

Honorable Bobby R. Baldock
May 10, 2010
Page 3

Please let me know if the Committee needs any additional information.

